# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL O'SHEA MYERS, | 1:06-cv-00981-AWI-TAG HC |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 5) |
| v. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| DR. LOAIZA, et al., | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| Respondents. | |

On July 26, 2006, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court.

On December 18, 2006, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be dismissed because of Petitioner's failure to prosecute. (Doc. 5). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties have not filed timely objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed December 18, 2006 (Doc. 5), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
3. The Clerk of Court is DIRECTED to close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 13, 2007**          **/s/ Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE